IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICAN,<br><br>        *Plaintiff*,<br><br>        v.<br><br>RASHIDAH BRICE,<br><br>        *Defendant*. | Criminal Action<br><br>No. 13-cr-206-2 |

## ORDER

**AND NOW**, this 15th day of December, 2022, upon consideration of Defendant Rashidah Brice's Motion to Reduce Sentence (ECF No. 340), the Government's response in opposition thereto (ECF No. 345), and Defendant Brice's reply (ECF No. 349), following an evidentiary hearing held on July 20, 2022, and for the reasons set forth in the accompanying memorandum opinion, it is hereby **ORDERED** that:

    1.    Defendant Brice's Motion to Reduce Sentence (ECF No. 340) is **GRANTED in part and DENIED in part**.

    2.    Defendant Brice's sentence of incarceration is reduced pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) from 185 months in the custody of the Bureau of Prisons to 155 months.

    3.    All other terms of Defendant Brice's sentence, including the period of supervised release and the imposition of a special assessment and restitution obligation, remain unchanged.

**BY THE COURT:**

 */s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**